IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:19CR00335 DPM |
| | ) | |
| AMBER MICHELE DAVIS | ) | |

**JOINT SENTENCING NOTICE**

The United States of America, by Cody Hiland, the United States Attorney for the Eastern District of Arkansas, and Assistant United States Attorney Cameron C. McCree, and Amber Michele Davis, represented by undersigned counsel, for their joint sentencing notice, state:

1. Witnesses: The parties do not anticipate calling any witnesses at the hearing.

2. Length of Hearing: The parties anticipate that they will need one half hour for the sentencing hearing.

3. Likelihood of 3rd point: The United States anticipates moving for a third level reduction for acceptance of responsibility.

4. Applicability of the Safety Valve: The safety valve is not applicable.

5. Case Specific Issues that the Court Needs to Prepare For: None

| | |
|---|---|
| CODY HILAND<br>United States Attorney | LISA G. PETERS<br>Federal Defender |
| By: CAMERON C. McCREE (2007148)<br>Assistant U.S. Attorney<br>P.O. Box 1229<br>Little Rock, Arkansas 72203<br>(501) 340-2600<br>Cameron.McCree@usdoj.gov | By: NICOLE LYBRAND (2010215)<br>Assistant Federal Defender<br>The Victory Building, Suite 490<br>1401 West Capitol Avenue<br>Little Rock, Arkansas 72201<br>(501) 324-6113<br>Nicole_Lybrand@fd.org |
| *Attorneys for the United States of America* | *Attorney for Amber Michele Davis* |